UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO GALLEGOS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EARNEST J. LICALSI, *et al.*,<br><br>　　　　　Defendants. | 1:15-cv-01304-EPG-PC<br><br>ORDER DIRECTING CLERK OF COURT TO REDESIGNATE CASE FROM A PRISONER CIVIL RIGHTS CASE TO A REGULAR CIVIL RIGHTS CASE<br><br>**New Case Number**<br><br>**1:15-cv-01304-EPG** |

　　　　On August 26, 2015, plaintiff Feliciano Gallegos ("plaintiff") filed the complaint which commenced this action. (Doc. 1.) The Clerk of the Court designated the action as a prisoner civil rights action pursuant to 42 U.S.C. § 1983 Civil Rights Act, Nature of Suit 550 Prisoner: Civil Rights. However, a closer review of the case reveals that this case does not relate to Plaintiff's conditions of confinement while he was a prisoner at a California state prison. Instead, Plaintiff is challenging certain aspects of his criminal conviction, and the case should proceed as a regular civil action. Accordingly, the Clerk of the Court shall change the case designation to 42 U.S.C. § 1983, with a designation Nature of Suit 440 Civil Rights: Other.

　　　　Plaintiff is advised that the new case number shall be:

**1:15-cv-1304-EPG**

1

All future pleadings and/or correspondence must be so numbered.  Use of an incorrect case number, including initials, may result in a delay in filed documents being received by the correct judicial officer.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil rights action pursuant to 42 U.S.C. § 1983, with Nature of Suit 440, and to remove the PC designation to the case number;

2. The Clerk is also DIRECTED to reflect the new designation on the Court's docket and issue the appropriate notice; and

3. Plaintiff's new case number is **1:15-cv-1304-EPG**, and all future pleadings and/or correspondence must be so numbered.

IT IS SO ORDERED.

Dated:   **September 12, 2016**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE